IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ORLANDO LEWIS RAY DOSIA                                           PLAINTIFF

v.                            Case No. 6:26-cv-6054

JAILER CONBOY, *et al*.                                          DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Upon preservice screening of Plaintiff's Complaint (ECF No. 2) pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends this case be dismissed for failure to state a claim upon which relief may be granted.[1] Judge Comstock further recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on this case for future judicial consideration and that the Cour certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the recommended dismissal would not be taken in good faith. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 12) in toto. Accordingly, Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a 28 U.S.C. § 1915(g) strike flag on this case for future judicial consideration. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be take in good faith.

**IT IS SO ORDERED**, this 20th day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] Specifically, Judge Comstock determines that Plaintiff's claims are barred be the applicable three-year statute of limitations for 42 U.S.C. § 1983 claims.